UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOHN RYAN,

                Plaintiff,

                                          RULE 7.1 STATEMENT

  -against-

                                          07 Civ. 7217 (DAB)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
--------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.


Dated: New York, New York         RICHARD K. BERNARD
       October 2, 2007              GENERAL COUNSEL

                                          BY:__S/_____
                                            Ioana Wenchell - IW/4775
                                           Attorneys for Defendant
                                           347 Madison Avenue
                                           New York, New York  10017
                                           212-340-2203