**MEMO ENDORSED**

The Law Offices of
# Michael Flynn, PC

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234          (212) 986-492[?]
Fax: (516) 877-1177
Toll Free: (866) 877-FELA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2008

Michael Flynn, Esq.

Marc Wietzke, Esq. †

Charles Rock, Of Counsel
David Sutton, Of Counsel

†Also admitted in NJ

Penn Station Office
One Penn Plaza, 36th Fl.

Grand Central Office
100 Park Avenue, 16th Fl.

Connecticut Office
263 Tresser Blvd., 9th Fl.
Stamford, CT 06901

April 21, 2008


RECEIVED
APR 23 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Judge Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: RYAN V. METRO-NORTH COMMUTER RAILROAD
    07 Civ. 7217 (DAB)

Dear Judge Batts:

We are plaintiff's counsel in the above-entitled case and we are writing on behalf of both parties for an additional 60 days to complete discovery from April 30, 2008 to June 30, 2008. The parties have exchanged discovery documents and are in the process of scheduling the depositions and Independent Medical Examination. It is respectfully requested by the parties that the following discovery schedule be adopted:

    Discovery Completed: June 30, 2008
    Pre-Trial Order submitted: August 4, 2008
    Proposed Voir Dire Questions, Proposed Request to Charge, Briefs, Proposed Verdict Form submitted August 8, 2008

**SO ORDERED**

*Deborah A. Batts*  4/23/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Marc Wietzke

MW:EF
Cc: Ioanna Wenchell, Esq.

**MEMO ENDORSED**