UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------
JOHN RYAN,

                Plaintiff,

   -against-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-----------------------------------------------

PROPOSED VOIR DIRE

QUESTIONS

07 Civ. 7217 (DAB)

1. What is your business or occupation?

2. By whom are you employed and how long have you been so employed?

3. If you are retired, what was your previous employment?

4. Are you married or do you reside with someone? If so, what is their employment?

5. What is your educational background?

6. Do you have any children? What ages? Are any of them employed? If so, as what and by whom?

7. Have you, any member of your family, or close relative, ever been diagnosed with a knee condition or injury?

8. Have you, any member of your family, or close relative, ever lost time from work or required medical attention because of an injury to your knee?

9. Would your experience by reason of same, affect your ability to be fair and impartial in this case?

10. Have you ever been a party or a witness in a lawsuit? If yes, give details.

11. If a party to a lawsuit, was the case settled before trial or was there a trial?

12. If a party to a lawsuit, were you satisfied with the results?

13. Would that lawsuit experience affect your ability to be a fair or impartial juror in this case?

14. Have you ever sat as a juror in the federal or state court prior to this? If so, was it a civil or criminal action?

15. Did the case(s) go to a verdict? Did you participate in the deliberations?

16. Is it your opinion that the verdict rendered was a fair and just verdict?

Dated: New York, New York
      August 7, 2008

Respectfully submitted,

RICHARD K. BERNARD
GENERAL COUNSEL

By: ___S/_____
Ioana Wenchell
Associate Counsel
Attorneys for Defendant
347 Madison Avenue
New York, New York 10017
(212) 340-2203
IW4775

TO: Marc Wetzke, Esq.
     Law Offices of Michael Flynn, P.C.
     Attorneys for Plaintiff
     1205 Franklin Avenue
     Garden City, NY 11530

**STATE OF NEW YORK** }
                     } *ss:*
**COUNTY OF NEW YORK**}

  Laura Matthews, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in the Bronx, New York.

On April __, 2008, I served a true copy of the annexed PROPOSED VOIR DIRE QUESTIONS, and DEFENDANT'S CHARGE REQUESTS mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO Marc Wetzke, Esq.
  Law Offices of Michael Flynn, P.C.
  Attorneys for Plaintiff
  1205 Franklin Avenue, Suite 250
  Garden City, NY 11530

              _____
              Laura Matthews

Sworn to before me this

___ day of April, 2008

_____
Notary Public


Ryan, John

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN RYAN

        Plaintiff,

  -against-                                          07
                   Civ. 77217 (DAB)

METRO-NORTH COMMUTER RAILROAD,

        Defendant.
------------------------------------------------------------------X


### DEFENDANT'S CHARGE REQUESTS


                                      Defendant

J. R. Rios, Esq. 212-340-2537

J. R. Rios, Esq. 212-340-2537