UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN RYAN,

                                                                         07Civ. 7217 (DAB)

              Plaintiff,

        -against-

METRO-NORTH COMMUTER RAILROAD,

              Defendant.
-----------------------------------------------------------X

## PLAINTIFF'S REQUEST FOR VOIR DIRE

1. Present address?

2. Occupation?

3. Married?

4. If applicable, spouse's occupation.

5. Children? If so, children's occupation.

6. Has any prospective juror, member of his family, or close friends, ever brought a claim for personal injuries? If so, please explain the circumstances.

7. Has any prospective juror, member of his family, or close friends, ever been involved in a lawsuit either as a plaintiff or defendant. If so, please explain the circumstances.

8. Have any prospective jurors ever served on a jury before? If so, please explain when, where, type of case and if it went to verdict.

9. Does any prospective juror, member of his family, or close friends, work or have any relationship whatsoever with the defendant, Metro-North Commuter Railroad.

10. Does any prospective juror, member of his family, or close friends, know any of the witnesses that may be called to testify:

>John Ryan
>
>Trevor Forde
>
>Dr. Michael Cushner

11. Have any of you panel members studied law?

12. Have any of you panel members studied medicine?

13. Do any of the panel members have a close relative or friend who is a:

   a) trial lawyer

   b) orthopedic doctor

14. Plaintiff is a member of a union. Does any prospective juror have any beliefs or opinions concerning unions or their members which will factor into your judgment in this case?

15. Has any prospective juror or their close family relative ever suffered from a knee injury?

16. If so, do they still suffer lingering effects from those injuries and is there anything about your experience that would prevent you from rendering a fair verdict?

17. If I give you an instruction at the end of the case that if you should find for the plaintiff you must consider an award for pain and suffering, is any prospective juror unwilling, based on person, beliefs or opinions, to award monetary damages for pain and suffering to personal injury claimants?

18. This case involves a claim for an on-the-job injury that is not governed by State Workers' Compensation laws but rather a Federal law that I shall explain to you at the

end of the case.  Can you set aside your understanding of Workers' Compensation Laws and apply the law I give you at the end of the case?

DATED:  NASSAU, NEW YORK
       August     , 2008

                                      Law Offices of Michael Flynn PC
                                      Attorneys for Plaintiff
                                      1205 Franklin Avenue
                                      Garden City, NY 11530
                                      (516) 877-1234

                            By: _____
                                      MARC WIETZKE

TO:  Ioanna Wenchell, Esq.
       Metro-North Commuter Railroad
       347 Madison Avenue
       New York, NY 10017